**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MELANEE PACKARD,

    Plaintiff,

V.                                      CASE NO. 8:16-cv-01098-SDM-TBM

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MELANEE PACKARD, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MELANEE PACKARD, and Defendant, WELLS FARGO BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

 

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 0105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
Primary Email: SHill@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16TH day of September, 2016, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties.

           */s/ Shaughn C. Hill*
           SHAUGHN C. HILL, ESQUIRE
           Florida Bar#: 0338620
           MORGAN & MORGAN, TAMPA, P.A.
           One Tampa City Center
           201 N. Franklin St., Suite 700
           Tampa, FL 33602
           Telephone: (813) 223-5505
           Facsimile:  (813) 223-5402
           Email:  shill@forthepeople.com
           Secondary: lcrouch@forthepeople.com
           *Attorney for Plaintiff*